IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Wells Fargo Bank, N.A.,                                    Case No.3:07cv2547

　　　　Plaintiff

　　v.                                                     ORDER

Richard Halliburton, et al.,

　　　　Defendant

　　　This is a foreclosure case which has been referred to United States Magistrate Judge for

Report and Recommendation. The Magistrate Judge having filed her Report and

Recommendation, to which the defendants have not filed an objection, and which I have

reviewed de novo, and which I find well-taken on the merits for the reasons stated in the Report

and Recommendation, which is incorporated herein by reference as the opinion of the

undersigned, it is hereby

　　　ORDERED THAT the Report and Recommendation of the United States Magistrate

Judge be, and the same hereby is adopted as the Order of this Court.

　　　So ordered.

　　　　　　　　　　　　　　　　　　　　　　s/James G. Carr
　　　　　　　　　　　　　　　　　　　　　　James G. Carr
　　　　　　　　　　　　　　　　　　　　　　Chief Judge